UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 23-CR-14003-MARTINEZ/BECERRA

UNITED STATES OF AMERICA

    Plaintiff,

v.

ANTHONY JAMES HOWE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Maynard on March 1, 2023 [ECF No. 25]. A Report and Recommendation was filed on March 7, 2023, recommending that the Defendant's plea of guilty be accepted [ECF No. 28]. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however defendant Anthony James Howe only filed his Objections to the Report and Recommendation [ECF No. 29] and his Amended Objections to the Report and Recommendation [ECF No. 30] to state that he had no objections. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 28] of United States Magistrate Judge Shaniek Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Counts 1, 2 and 3 of the Indictment. These counts charge the Defendant with receipt (Count 1) and distribution (Counts 2 and 3) of visual depictions

involving sexual exploitation of minors, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1). The Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing has been set in this matter on **Tuesday, May 23, 2023, at 12:00 p.m.,** before the Honorable District Judge Jose E. Martinez, at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Ft. Pierce, Florida 34950.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of March, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office